

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2019

No. 04-19-00221-CV

Tommy Lee **BROWN**, Jr.,
Appellant

v.

Sandra Ann **BROWN**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06544
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until October 28, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2019.

_Luz Estrada_
Luz Estrada,
Chief Deputy Clerk